U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2010 FEB -2  P 1: 19

JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMELL TURNER,<br><br>　　　　　Defendant. | 10-CR-017<br><br>Case No. 10-CR<br>[18 U.S.C. §§ 922(g)(1) & 924(a)(2);<br>21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D)] |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about December 29, 2009, in the State and Eastern District of Wisconsin,

**JAMELL TURNER,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Smith and Wesson, model SW40VE, .40 caliber pistol, bearing serial number DSJ1203.

3. The ammunition is more fully described as .40 caliber cartridges and .357 cartridges.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 29, 2009, in the State and Eastern District of Wisconsin,

## JAMELL TURNER

knowingly and intentionally possessed with intent to distribute a mixture and substance containing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

A TRUE BILL:

FOREPERSON

Date: Feb 2, 2010

JAMES L. SANTELLE
United States Attorney

2